1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

JEFF N. ROSE,

                              Petitioner,

        v.

ROBERT LeGRAND, et al.,

                              Respondents.

Case No. 3:13-cv-00267-MMD-WGC

ORDER

Following upon the denial of petitioner's pauper application,

IT IS ORDERED that petitioner shall have thirty (30) days from entry of this order within which to have the filing fee of five dollars ($5.00) sent to the Clerk of Court. Failure to timely comply with this order will result in the dismissal of this action without further advance notice.

IT IS FURTHER ORDERED that the Clerk shall send petitioner two (2) copies of this order.  Petitioner shall make the necessary arrangements to have one (1) copy of this order attached to the check paying the filing fee.  Petitioner also may submit the payment through the Federal Public Defender, so long as the payment is made timely.

DATED THIS 14th day of June 2013.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE